UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                                 09-CR-01053 (LJL)

TYRONE BARNES,                                           ORDER

                Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of Defendant's Emergency Motion for Compassionate Release filed on May 19, 2020 (Dkt #73).  It is HEREBY ORDERED that the Government is to respond to this motion by July 28, 2020 at 5 p.m.


SO ORDERED.

Dated: July 21, 2020                                        _____
       New York, New York                              LEWIS J. LIMAN
                                                                United States District Judge