```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TYRONE BARNES,                                                     :
:
                     Petitioner,     :
:      09-cr-1053 (LJL)
     -v-                                                         :
:      ORDER
UNITED STATES OF AMERICA                                           :
:
                     Respondent.     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that the Government shall respond to the Defendant's motion at Dkt. No. 85 by 5:00 p.m. on Wednesday, November 18, and shall include in its response information about the conditions at Fort Dix FCI and in Mr. Barnes' unit in particular.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Barnes.


      SO ORDERED.

Dated: November 13, 2020
       New York, New York
                                              LEWIS J. LIMAN
                                   United States District Judge